SEP 8 '26 PM4:03
RCV'D - USDC FLO SC



# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Charleston Division

Christan Latunya Brown
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Schaeffler Group USA Inc
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:26-cv-3956-JD-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christan Latunya Brown |
| Street Address | 30 Hooks lane |
| City and County | Cheraw, Chesterfield |
| State and Zip Code | SC, 29520 |
| Telephone Number | 843-910-1255 |
| E-mail Address | Latunya1980@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 436-2026-01658 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Christan Brown

Phone No.: (929) 504-4628

Year of Birth: 1980

Mailing Address: 30 hooks lane
CHERAW, SC 29520

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Schaeffler Group USA Inc.

No. Employees, Members: 15 - 100 Employees

Phone No.:

Mailing Address: HWY 52
CHERAW, SC 29520, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 03/01/2024

Latest: 03/12/2026

Continuing Action

THE PARTICULARS ARE:

I. In or around March 2021, I was hired by the above-referenced employer and currently work as a Material Handler. Throughout my employment, I was subjected to ongoing discrimination and retaliation.

II. Throughout my employment, I have performed the essential functions of my role. I was subjected to ongoing harassment from two of my colleagues to the point of creating a hostile work environment. This would include, but was not limited to, unwelcome comments, water being thrown on me, and fireworks under my tugger I drive at work. On multiple occasions, I reported my mistreatment to management, but they failed to properly address my concerns. Instead, I was subjected to discplinary action and demoted from my position. On or around March 12th, 2026, my harasser was terminated after being reported for sexual harassment of another coworker. The Respondent showed preferential treatment to other employees who had submitted reports of harassment.

III. I believe I have been discriminated against based on my race (African American), sex (Female), and subjected to retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Christan Brown

06/03/2026

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

________________________________________

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary________________________________________

Printed Name ________________________________________

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
(980) 296-1250
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/18/2026

**To:** Christan Brown
30 Hooks Lane
CHERAW, SC 29520

Charge No: 436-2026-01658

EEOC Representative and email: ENRICO COTA
EQUAL OPPORTUNITY INVESTIGATOR
ENRICO.COTA@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 436-2026-01658.

On behalf of the Commission,

Enrico Rodriguez-Cota

Digitally signed by Enrico Rodriguez-Cota
Date: 2026.06.18 10:12:59 -04'00'

For

Elizabeth "Betsy" Rader
District Director

**Cc:**

Schaeffler Group USA Inc.
HWY 52
CHERAW, SC 29520

SAYANTI CHAUDHURI
308 State Road S-46-48
Fort Mill, SC 29715

Please retain this Notice for your records.

Defendant No. 1

| | |
|---|---|
| Name | Dena Kimbrel |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | David Rainwater |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Brandon Whittaker |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Schaeffler Group USA Inc |
| Street Address | Hwy 52 |
| City and County | Cheraw, Chesterfield |
| State and Zip Code | S.C 29520 |
| Telephone Number | 843-320-7539 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: __________

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Jan. 2024 - Aug. 2026

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race __________
- ☐ color __________
- ☐ gender/sex __________
- ☐ religion __________
- ☐ national origin __________
- ☐ age *(year of birth)* __________ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

__________

E. The facts of my case are as follows. Attach additional pages if needed.

Gmail **Cheraw Library <cherawlibrary@gmail.com>**

---

# Writing

1 message

---

**Christian** <latunya1980@gmail.com> Tue, Sep 8, 2026 at 10:24 AM
To: "cherawlibrary@gmail.com" <cherawlibrary@gmail.com>

I was employed by Schaeffler Group in Cheraw, South Carolina, in the Inventory Logistics Department beginning March 1, 2021.

During my employment, I experienced several workplace incidents involving safety concerns, harassment, and unfair treatment. While operating a tugger at work, I was involved in an incident in which a forklift collided with the tugger while I was riding it. Before this incident, fireworks had also been placed underneath my tugger. I reported these and other concerns to management and Human Resources. I had witnesses who could support the events and concerns I reported.

In 2024, I was involved in an incident in which a coworker threw water on me. I reported the incident to management and Human Resources. I had witnesses and could identify people who had knowledge of what occurred. I believe my complaint was not properly handled or adequately investigated. In November 2024, instead of the situation being resolved, I received a Level 2 disciplinary write-up and was transferred to another plant. Before this, I had not received a disciplinary write-up.

I also had concerns about unfair treatment at work, including not receiving a raise that I had been promised when I moved to a first-shift position. I continued reporting my concerns and asking Human Resources for assistance. I had witnesses who had knowledge of the circumstances surrounding my complaints. I also requested copies of investigation reports, incident reports, and related records, but I did not receive the records I requested.

In 2026, the same coworker involved in the previous water incident was again working around me. Because of my previous experience and the effect the situation was having on me, I repeatedly asked management to move me. I explained my concerns and requested assistance. I had witnesses who were aware that I was making these requests and raising concerns.

On or around August 2–4, 2026, I again requested to be moved because I did not feel comfortable working around this coworker. I was also involved as a witness in another workplace investigation and explained my previous experiences when I was interviewed.

After the coworker continued working around me, another water incident occurred. I reacted by throwing water back at him. I was suspended and later terminated from my employment.

Throughout these events, I reported my concerns to management and Human Resources and had witnesses who could provide information regarding the incidents and my complaints. I believe the discipline, transfer, failure to properly address my complaints, failure to provide requested records, and my eventual termination were connected to my prior complaints and reports concerning workplace harassment and safety concerns.

I respectfully ask the Court to consider the complete history of my employment, my complaints, the witnesses who had knowledge of the events, my reports to management and Human Resources, the employer's response, my requests for assistance and records, my prior clean disciplinary record, and the circumstances surrounding my suspension and termination when evaluating my claims.

SCHAEFFLER

August 7, 2026

Christan Brown
30 Hooks Lane
Cheraw, SC 29520

Re: Employment Status

Christan:

We have attempted to reach you by phone on multiple occasions. However, the most recent number on file indicates that the line is disconnected, no longer in service, or has been changed. As a result, we are contacting you by mail.

Your employment with Schaeffler has ended, effective **8/7/26**, following the outcome of yesterday's investigation regarding the water bottle incident. Under the discipline policy, assault is considered a terminable offense. This decision was made after careful review of the facts and circumstances.

Your Schaeffler benefits will remain active through **8/31/2026**. Any remaining earned time or vested vacation will be paid on your final paycheck.

If you have any questions, please contact me at **843-320-7559**. Thank you.

Sincerely,

Millie Azore

Millie Azore
Human Resources Generalist
Schaeffler Group USA, Inc.
301 Hwy. 1 South
Cheraw, SC 29520

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

06-03-2026

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 06-18-2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-08-2026

Signature of Plaintiff: Christan L. Brown

Printed Name of Plaintiff: Christan L. Brown

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______